**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1166**

_____

WILLIAM DAVID JONES,

       Plaintiff - Appellant,

    v.

DEPARTMENT OF DEFENSE DEFENSE LOGISTICS AGENCY DEFENSE SUPPLY CENTER, RICHMOND,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:21-cv-00288-MHL)

_____

Submitted:  September 24, 2025               Decided:  October 16, 2025

_____

Before WILKINSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed as modified in part by unpublished per curiam opinion.

_____

William David Jones, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William David Jones appeals the district court's orders (1) granting the defendant's motion to dismiss, or in the alternative for summary judgment, and dismissing with prejudice Jones's second amended complaint, and (2) denying Jones's motion for reconsideration. Limiting our review of the record to the issues raised in Jones's informal brief and supplements thereto, we discern no reversible error in the district court's orders. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

Accordingly, we affirm the district court's orders, *Jones v. Dep't of Def. Def. Logistics Agency Def. Supply Ctr. Richmond*, No. 3:21-cv-00288-MHL (E.D. Va. Sep. 1, 2023; Feb. 20, 2024), but we modify in part the district court's order dismissing Jones's second amended complaint to reflect dismissal without prejudice of Jones's claims that were resolved on sovereign immunity grounds, *see Lancaster v. Sec'y of Navy*, 109 F.4th 283, 295 (4th Cir. 2024) (recognizing that, when federal sovereign immunity bars claim, dismissal without prejudice is warranted). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED IN PART*